IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

        Plaintiff

-vs-

CHRISTOS KARASARIDES

        Defendant

: CASE NO. 5:13CR103
:
:
: ORDER ACCEPTING PLEA
: AGREEMENT AND JUDGMENT

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kathleen B. Burke regarding the plea hearing and plea agreement of Christos Karasarides which was referred to the Magistrate Judge with the consent of the parties.

On February 28, 2013, the government filed a three-count indictment against Christos Karasarides for possession with intent to distribute 40 grams or more of Oxycodone in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C), possession of Oxycodone in violation of 21 U.S.C. § 844(a), and maintaining/using premises for illegal activity in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2. On March 14, 2013, a hearing was held in which Christos Karasarides waived the reading of the Indictment and entered a plea of not guilty before Magistrate Judge Burke.

On December 2, 2013, the government filed a one-count Supplemental Information against Christos Karasarides for conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h). On December 3, 2013, a hearing was held in which Christos Karasarides executed a waiver of indictment and entered a plea of guilty before Magistrate Judge Burke. Magistrate Judge Burke received Christos Karasarides' plea of guilty and on December 4, 2013, issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Christos Karasarides is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Christos Karasarides is adjudged guilty of Count Two of the Indictment for possession of a controlled substance in violation of 21 U.S.C. § 844, and Count One of the Supplemental Information for conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h).

IT IS SO ORDERED.

Dated: 19 February 2014

UNITED STATES DISTRICT JUDGE