**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:13CR103 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CHRISTOS KARASARIDES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 10, 2018. The Court referred this matter to a magistrate judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on July 17, 2018. The defendant admitted to the following violations:

1. Unauthorized Travel;
2. Unauthorized Gambling.

The magistrate judge filed a report and recommendation on July 19, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on August 3, 2018. Defendant Christos Karasarides was present and represented by Attorney Brian Pierce.

The United States was represented by Assistant United States Attorney Robert Bulford. United States Probation Officer Keysha Myers was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of six (6) months.

Upon release from custody, defendant is placed on supervised release for two (2) years with the same terms and conditions of supervised release as previously ordered, and with the following additional conditions:

1. You must be be monitored by the form of location monitoring indicated below for a period of six (6) months, to commence no later than within 30 days of release. You will be required to remain in your residence unless given permission in advance by the probation officer to be elsewhere. You may leave your residence to work and receive medical treatment and to attend religious services. You must consent to be monitored by location monitoring and must abide by all of the requirements established by the U.S. Pretrial Services & Probation Office related to the use of the location monitoring technology; and you must submit to random drug/alcohol tests as specified by the U.S. Pretrial Services & Probation Officer. You may participate in the Discretionary Leave under terms set by the U.S. Pretrial Services & Probation Officer. You must pay the costs of participation in the location monitoring program based on your ability to pay, as directed by the U.S. Pretrial Services & Probation Officer. Location monitoring technology at the discretion of the officer;

2. You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: August 3, 2018

                                             **HONORABLE SARA LIOI**
                                             **UNITED STATES DISTRICT JUDGE**